```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 16-00118-RNO
Mark Keith Meluskey                                           Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: REshelman         Page 1 of 1           Date Rcvd: Aug 15, 2017
                              Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
db           +Mark Keith Meluskey,    PO Box 149,    Boiling Springs, PA 17007-0149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York as
               Trustee for the certificate holders of the CWABS, INC., Asset-Backed Certificates, Series 2007-1
               ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Barbara Ann Fein    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee, By and Through its Loan Servicer Specialized Loan Servicing, Inc. speck@lobaf.com,
               BarbaraF@lobaf.com
              Dorothy L Mott    on behalf of Debtor Mark Keith Meluskey DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Mark Keith Meluskey karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Keith Meluskey<br>　　　　　　　　Debtor(s) | CHAPTER 7 |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1<br>　　　　　　　　Movant<br>　　vs. | NO. 16-00118 RNO |
| Mark Keith Meluskey<br>　　　　　　　　Debtor(s) | 11 U.S.C. Sections 362 |
| Leon P. Haller<br>　　　　　　　　Trustee | |

### ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 125 East Springville Road, Boiling Springs, PA 17007 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: August 15, 2017